UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANILA HONG KONG CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE, et al,<br><br>Defendants. | Case Number 3:24-cv-00405-MMD-CSD<br><br>ORDER TO COMPLY WITH THIS COURT'S ECF NO. 8 ORDER |

This case is scheduled for a Case Management Conference at 9:00 a.m. on October 31, 2024 (ECF No. 8). The court issued an order directing the parties to file a Joint Case Management Report and proposed Discovery Plan and Scheduling Order by Friday, October 25, 2024 (ECF 8, p. 3 & 6). The parties have failed to comply. The parties are ordered to file their Joint Case Management Report and proposed Discovery Plan and Scheduling Order by no later than 12:00 p.m., Tuesday, October 29, 2024.

**IT IS SO ORDERED.**

Dated: October 28, 2024

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE