# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANILA HONG KONG CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, MASSACHUSETTS BAY INSURANCE COMPANY, ABC CORPORATIONS I-X; BLACK & WHITE COMPANIES VI-X and JOHN DOES XI-XV,<br><br>Defendants. | Case No. 3:24-cv-00405-MMD-CSD<br><br>**ORDER DISMISSING DEFENDANT OHIO SECURITY INSURANCE COMPANY WITH PREJUDICE** |

Pursuant to the stipulation of Plaintiff Manila Hong Kong Corporation and Defendant Ohio Security Insurance Company ("Ohio Security"), the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety as to Ohio Security, with Plaintiff and Ohio Security each to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 3, 2025

_____
Hon. Miranda M. Du
United States District Judge

[PROPOSED] ORDER DISMISSING DEFENDANT OHIO SECURITY INSURANCE COMPANY WITH PREJUDICE